IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DOREKA BARNUM, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| | : | CASE NO.: |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GULF COAST COLLECTION BUREAU, INC. | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant | : | |
| | : | |

**NOTICE OF REMOVAL**

Defendant, GULF COAST COLLECTION BUREAU, INC. ("Defendant" or "Gulf Coast"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. Gulf Coast is a defendant in an action pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida entitled <u>Doreka Barnum, individually and on behalf of all others similarly situated v. Gulf Coast Collection Bureau, Inc.</u>, Case No. 21-CA-1632, Division J ("the State Court Action"). A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is DOREKA BARNUM ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* See Exhibit "A".

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant on March 9, 2021.

WHEREFORE, Defendant GULF COAST COLLECTION BUREAU, INC. prays that the State Court Action in the Circuit Court of the Thirteenth Judicial

Circuit in and for Hillsborough County, Florida, Case No. 21-CA-1632, Division J, be removed to this Court for proper and just determination.

        **KAUFMAN DOLOWICH & VOLUCK, LLP**

By: */s/ Abbye Alexander*
     ABBYE ALEXANDER, ESQUIRE
     301 E. Pine Street, Suite 840
     Orlando, FL 32801
     Tel: 407-789-0230
     Fax: 888-502-6353
     Email: aalexander@kdvlaw.com
     Attorney for Defendant Gulf Coast
     Collection Bureau, Inc.

**CERTIFICATE OF SERVICE**

I, ABBYE ALEXANDER, ESQUIRE, hereby certify that on March 26, 2021, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Ignacio J. Hiraldo, Esquire
IJH Law
1200 Brickell Avenue, Suite 1950
Miami, FL 33131
ijhiraldo@ijhlaw.com

Manuel S. Hiraldo, Esquire
Hiraldo P.A.
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
mhiraldo@hiraldolaw.com

Jibrael S. Hindi, Esquire

The Law Office of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com

Attorneys for Plaintiff Doreka Barnum

*/s/ Abbye Alexander*
ABBYE ALEXANDER, ESQUIRE