## CASE NUMBER: 21-CA-001632
### Barnum, Doreka vs Gulf Coast Collection Bureau, Inc.

Case Number: 21-CA-001632
Uniform Case Number: 292021CA001632A001HC
Filed On: 2021-02-24
Case Type: Business Torts
Case Status: Open

Judicial Officer: Barbas, Rex
Defendant: Gulf Coast Collection Bureau, Inc.
Amount Due: $0.00

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Plaintiff | Barnum, Doreka | HIRALDO , IGNACIO JAVIER | 786-496-4469 |
| Defendant | Gulf Coast Collection Bureau, Inc. | | |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Barbas, Rex | Division J | 02/24/2021 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 03/26/2021 | 8 | | NOTICE OF APPEARANCE |
| | | | "Defendant: Gulf Coast Collection Bureau, Inc." |
| 03/16/2021 | 7 | | SUMMONS RETURNED SERVED |
| | | | GULF COAST COLLECTION BUREAU INC., 3/9/21, AUTHORIZED |
| | | | "Plaintiff: Barnum, Doreka" |
| 02/24/2021 | 6 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Gulf Coast Collection Bureau, Inc." |
| 02/24/2021 | 5 | | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | | "Plaintiff: Barnum, Doreka" |
| 02/24/2021 | 4 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | | "Plaintiff: Barnum, Doreka" |
| 02/24/2021 | 3 | | COMPLAINT |
| | | | "Plaintiff: Barnum, Doreka" |
| 02/24/2021 | 2 | | CIVIL COVER SHEET |
| | | | TBF IN REGULAR DIVISION |
| | | | "Plaintiff: Barnum, Doreka" |
| 02/24/2021 | 1 | | File Home Location - Electronic |