IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN
AND FOR HILLSBOROUGH COUNTY, FLORIDA

| | | |
|---|---|---|
| DOREKA BARNUM, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | Case No. 21-CA-1632 |
| GULF COAST COLLECTION BUREAU, INC., | : : | Division:  J |
| Defendant. | : : : | |

**NOTICE OF APPEARANCE AND DESIGNATION OF
EMAIL ADDRESSES FOR SERVICE OF PLEADINGS**

PLEASE TAKE NOTICE that Abbye E. Alexander, Esq., of KAUFMAN, DOLOWICH & VOLUCK, LLP, attorneys duly-admitted to this Court, hereby appear as counsel for Defendant, GULF COAST COLLECTION BUREAU, INC., and notice is given that a copy of all future correspondence and litigation documents be served upon the undersigned at the following primary and secondary email addresses:

Primary E-mail Address:    orlandopleadings@kdvlaw.com
Secondary E-Mail Address:   aalexander@kdvlaw.com

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:    */s/ Abbye Alexander*
ABBYE ALEXANDER, ESQUIRE
301 E. Pine Street, Suite 840
Orlando, FL  32801
Tel: 407-789-0230
Fax: 888-502-6353
Email: aalexander@kdvlaw.com
Attorney for Defendant Gulf Coast Collection Bureau, Inc.

1

## CERTIFICATE OF SERVICE

I, ABBYE ALEXANDER, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically on March 26, 2021 upon the following:

Ignacio J. Hiraldo, Esquire
IJH Law
1200 Brickell Avenue, Suite 1950
Miami, FL  33131
ijhiraldo@ijhlaw.com

Manuel S. Hiraldo, Esquire
Hiraldo P.A.
401 E. Las Olas Blvd., Suite 1400
F. Lauderdale, FL 33301
mhiraldo@hiraldolaw.com

Jibrael S. Hindi, Esquire
The Law Office of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
F. Lauderdale, FL  33301
jibrael@jibraellaw.com

Attorneys for Plaintiff and the Class

*/s/ Abbye Alexander*
ABBYE ALEXANDER, ESQUIRE