UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-CV-741-TPB-SPF

**DOREKA BARNUM,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**GULF COAST COLLECTION BUREAU, INC.,**

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF MEDIATION

In compliance with the Court's Order, [D.E. No. 11], the parties have scheduled mediation for July 23, 2021 at 9:00 am before mediator Gregory P. Holder.

Date: May 27, 2021

Respectfully submitted,

| |
|---|
| */s/ Ignacio J. Hiraldo* <br> Ignacio J. Hiraldo, Esq. <br> **IJH Law** <br> Florida Bar No. 0056031 <br> 1200 Brickell Ave Suite 1950 <br> Miami, FL 33131 <br> Email: ijhiraldo@ijhlaw.com <br> Telephone: 786.496.4469 <br><br> *Counsel for Plaintiff and the Putative Class* |