UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:21-cv-00741

DOREKA BARNUM,
individually and on behalf of all,
others similarly situated,

      Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC.,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff Doreka Barnum hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within twenty (20) days of this notice.

Dated: September 30, 2021

                                          Respectfully submitted,

                                          **HIRALDO P.A.**

                                          */s/ Manuel S. Hiraldo*
                                          Manuel S. Hiraldo
                                          Florida Bar No. 030380
                                          401 E. Las Olas Boulevard
                                          Suite 1400

Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713