IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DOREKA BARNUM, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 8:21-cv-00741-TPB-SPF |
| GULF COAST COLLECTION BUREAU, INC., | : : : : | |
| Defendant. | : : | |

## **JOINT STIPULATION FOR FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff, DOREKA BARNUM, and the Defendant, GULF COAST COLLECTION BUREAU, INC., by and through their undersigned counsel, that upon agreement of the parties, the above-entitled cause be dismissed with prejudice, each party to bear their respective costs and attorneys' fees.

Dated: November 17, 2021

| **HIRALDO, PA** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
|---|---|
| */s/ Manual S. Hiraldo* | By:*/s/ Abbye Alexander* |
| Manual S. Hiraldo, Esq | ABBYE ALEXANDER, ESQUIRE |
| Florida Bar No. 030380 | Florida Bar No.: 662348 |
| 401 E. Las Olas Blvd, Suite 1400 | 301 E. Pine Street, Suite 840 |
| Ft. Lauderdale, FL 33301 | Orlando, FL 32801 |
| Tel: 954-400-4713 | Tel: 407-789-0230 |
| Email: mhiraldo@hiraldolaw.com | Fax: 888-502-6353 |
| | Email: aalexander@kdvlaw.com |